ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Nammo Defense Systems Inc. | ) ASBCA No. 63948 |
| | ) |
| Under Contract No. W15QKN-18-D-0163 | ) |
| Delivery Order No. W15QKN-18-F-0232 | ) |

APPEARANCE FOR THE APPELLANT:      Gerald H. Werfel, Esq.
        Baker, Cronogue, Tolle & Werfel, LLP
        McLean, VA

APPEARANCES FOR THE GOVERNMENT:      Dana J. Chase, Esq.
        Army Chief Trial Attorney
        MAJ Joshua B. Fix, JA
        MAJ Ronald C. Walton, JA
        Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: July 10, 2025

OWEN C. WILSON
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63948, Appeal of Nammo Defense Systems Inc., rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals